**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**LEONARD LUCERO,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　　**No. 13-cv-0684 MCA/SMV**

**N.M. CORR. FACILITY, et al.,**

    **Defendants.**

### ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint. Prisoner's Civil Rights Complaint [Doc. 1]. The Court determines that Plaintiff's filing is deficient as described in this order. Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I. Filing Fee:**

    ___ filing fee has not been received ($400 civil/administrative)

**II. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1) ___ is not filed
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's inmate account statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ other _____

**III. Complaint, Petition or Application:**

(1) ___ is missing
(2) ___ is not on proper form (must use our form Rev. 5/96)
(3) ___ is missing an original signature by the prisoner

(4) ___   is missing page nos. ___
(5) ___   other _____

Papers filed in response to this order must include the civil action number (13-cv-0684 MCA/SMV) of this case. Failure to cure the designated deficiencies within thirty (30) days from the date of this order may result in dismissal of this action without further notice.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order;

    **IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**