IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEONARD LUCERO,

    Plaintiff,

v.                                                      No. 13-cv-0684 MCA/SMV

NEW MEXICO CORRECTIONAL FACILITY,
ROBIN STEWART, and
DONALD VIGIL,

    Defendants.

## ORDER

    This matter is before the Court sua sponte. The record indicates that recent mailings to Plaintiff, including the order granting his motion for leave to proceed *in forma pauperis* ("IFP") and ordering an initial partial payment of $4.60, have been returned undelivered. [Doc. 13]. Nonetheless, Plaintiff recently filed financial information [Doc. 14] in support of his IFP motion. It appears that Plaintiff did not receive the previous order. If Plaintiff fails to make a payment by the designated deadline or show cause why such payments should be excused, the complaint may be dismissed without prejudice without further notice.

    **IT IS THEREFORE ORDERED** that the Clerk is directed to send Plaintiff a copy of the earlier order [Doc. 12] with a copy of this Order; and, within fourteen (14) days from entry of this Order, Plaintiff make an initial partial payment of $4.60 or show cause why the payment should be excused.

                                                             _____
                                                             **STEPHAN M. VIDMAR**
                                                             **United States Magistrate Judge**