**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**LEONARD LUCERO,**

    **Plaintiff,**

**v.**                                                                                          **No. 13-cv-0684 MCA/SMV**

**NEW MEXICO CORRECTIONAL FACILITY, et al.,**

    **Defendants.**

## ORDER TO SHOW CAUSE

The record indicates that Plaintiff has failed to make the previously ordered initial filing-fee payment, which was due by December 26, 2013. *See* [Doc. 15]. Also, a recent mailing to Plaintiff has been returned undelivered [Doc. 16], and the file contains no other address for him. It appears that Plaintiff has been released from custody or transferred without advising the Court of his new address, as required by D.N.M.LR-Civ 83.6, and has therefore severed contact with the Court. Plaintiff's failure to comply with the Court's local rules demonstrates a manifest lack of interest in litigating his claims. *See Martinez v. Internal Revenue Service*, 744 F.2d 71, 73 (10th Cir. 1984); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962). Plaintiff will be required to show cause why his complaint should not be dismissed. Failure to respond may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, within 14 days from entry of this order, Plaintiff file a response with his current address and make the previously ordered payment or otherwise show cause why his complaint should not be dismissed.

_____
**STEPHAN M. VIDMAR
United States Magistrate Judge**