IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEONARD LUCERO,

    Plaintiff,

v.                                                                                 No. 13-cv-0684 MCA/SMV

NEW MEXICO CORRECTIONAL FACILITY, et al.,

    Defendants.

## SECOND ORDER TO SHOW CAUSE

The record indicates that Plaintiff has failed to make the previously ordered initial filing fee payment. Also, recent mailings to Plaintiff have been returned undelivered [Docs. 13, 16, 18]. A note on the Court's docket indicates that Plaintiff may have a new address, though he has not notified the Clerk in writing as required by D.N.M.LR-Civ 83.6. Plaintiff will be allowed additional time to show cause why his complaint should not be dismissed. Failure to comply with this Order may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that the Clerk is directed to send copies of the earlier orders [Docs. 12, 17] with a copy of this Order to Plaintiff at the address shown in the docket note of January 10, 2014; and, within fourteen (14) days from entry of this Order, Plaintiff file a written response with his current address and make the previously ordered payment or otherwise show cause why his complaint should not be dismissed.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**